| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | JUL 15 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ALFREDO RAYMUNDO DIEGO; et al.,

        Petitioners,

 v.

PAMELA BONDI, Attorney General,

        Respondent.

No. 23-803

Agency Nos.
A216-399-669
A216-399-670

ORDER

The motion (Docket Entry No. 18) to reopen this administratively closed petition for review is granted. This case will proceed.

The motion (Docket Entry No. 19) to withdraw as counsel is granted. The clerk will update the docket to reflect that petitioners are proceeding pro se.

The opening brief is due September 5, 2025. The answering brief is due November 4, 2025. The optional reply brief is due within 21 days after service of the answering brief.

The clerk will send petitioners a copy of the pro se case opening packet along with this order to petitioners' last known address in Docket Entry No. 19.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>
                                        CLERK OF COURT